PER CURIAM.

(No. 73-CC-207—Claimant )

FLORENCE CRITTENTON PEORIA HOME, Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES,
Respondent.

*Opinion filed July 19, 1973.*

FLORENCE CRITTENTON PEORIA HOME, Claimant, pro
se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G.
OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-221—Claimant )

ATLANTIC RICHFIELD COMPANY, Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed July 19, 1973.*

ATLANTIC RICHFIELD COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G.
OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.